FILED

MAY 01 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

LUIS CABAN,

    Defendant.

Criminal No. 1:20cr21

Violations: 18 U.S.C. § 1791(a)(2)
            18 U.S.C. § 1791(b)(1)

Kleeh
Aloi

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Possession of a Prohibited Object (Narcotic))

On or about July 1, 2019, in Gilmer County, in the Northern District of West Virginia, defendant **LUIS CABAN**, an inmate in the custody of the Bureau of Prisons at the Federal Correctional Institution Gilmer, possessed a prohibited object, to wit: suboxone, a schedule III narcotic controlled substance, without the knowledge and consent of the Warden of said facility; in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(1).

WILLIAM J. POWELL
United States Attorney

Brandon S. Flower
Assistant United States Attorney